252 So.2d 456

**STATE of Louisiana**

**v.**

**TIME, INC.**

No. 51619.

Sept. 28, 1971.

In re: State of Louisiana applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 249 So.2d 328.

Writ denied. The judgment is correct.

SUMMERS, J., is of the opinion the writ should be granted.

252 So.2d 456

**James Ray HEABLE**

**v.**

**Minnie Susan Foster HEABLE**
**and**
**Gwen Rena Heable.**

No. 51620.

Sept. 28, 1971.

In re: James Ray Heable applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 248 So.2d 847.

Writ denied. No error of law.